IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN OKUM, AS PARENT AND NATURAL GUARDIAN OF B.O., A MINOR | : CIVIL ACTION :  :  : |
| v. | : NO. 23-2977 : |
| KAREN SIMON, M.D., SAMANTHA MORRISON, M.D., PROSPECT CCMC, INC. d/b/a CROZER-CHESTER MEDICAL CENTER | : : : : : |
| KEVIN OKUM | : CIVIL ACTION : |
| v. | : NO. 24-3310 : |
| KAITLIN CIOTOLI, MICHELLE CRAWFORD, CROZER KEYSTONE WOMEN'S HEALTH, PROSPECT HEALTH ACCESS NETWORK, INC. | : : : : |

# ORDER

AND NOW, this 2nd day of December 2025, upon consideration of Plaintiff's Motion to Compel Defendants, Kaitlin Ciotoli, CRNP and Michelle Crawford, M.D.'s Responses to Plaintiff's 26 September 2024 Discovery Requests, and to Compel the Deposition of Michelle Crawford, M.D., any response thereto, and pursuant to Local Rule 26.1(g), it is hereby **ORDERED** and **DECREED** that Plaintiff's Motion (DI 99) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants Kaitlin Ciotoli, CRNP and Michelle Crawford, M.D. shall provide full, complete and verified responses to Plaintiff's 26 September 2024 Discovery Requests, without objections, within five (5) days of this Order's date.

**IT IS FURTHER ORDERED** that Defendant Michelle Crawford, M.D. shall provide dates available for her deposition within five (5) days of this Order's date and the deposition shall occur within forty-five (45) days of this Order's date.

_____
**MURPHY, J.**