IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN OKUM, AS PARENT AND NATURAL GUARDIAN OF B.O., A MINOR | : : : : | CIVIL ACTION |
| v. | : : | NO.  23-2977 |
| KAREN SIMON, M.D., SAMANTHA MORRISON, M.D., PROSPECT CCMC, INC. d/b/a CROZER-CHESTER MEDICAL CENTER | : : : : : | |
| KEVIN OKUM | : : | CIVIL ACTION |
| v. | : : | NO.  24-3310 |
| KAITLIN CIOTOLI, MICHELLE CRAWFORD, CROZER KEYSTONE WOMEN'S HEALTH, PROSPECT HEALTH ACCESS NETWORK, INC. | : : : : | |

## ORDER

**AND NOW**, this 4th day of March 2026, upon considering plaintiff's motion to compel the redeposition of Michelle Mergenthal-Crawford, M.D. (DI 102), defendants' response (DI 104), and plaintiff's reply (DI 105), it is **ORDERED**:

1. Plaintiff's motion to compel (DI 102) is **GRANTED** for the reasons explained by movant.

2. Dr. Mergenthal-Crawford shall provide available dates for her redeposition within two (2) days of this order's date and the redeposition shall be completed within ten (10) days of this order's date.

3. Dr. Mergenthal-Crawford's redeposition shall be limited to the following areas of inquiry: her termination from Prospect Health Access Network, Inc., her lawsuit against Prospect Health Access Network, Inc., the terms of resolution of her lawsuit against Prospect

Health Access Network, Inc., and the facts underlying her complaint against Prospect Health Access Network, Inc. during the time period relevant to this litigation (December 2016).

_____
MURPHY, J.