KEVIN OKUM, AS PARENT AND    :   CIVIL ACTION
NATURAL GUARDIAN OF B.O., A    :
MINOR    :
    :
    v.    :   NO.  23-2977
    :
KAREN SIMON, M.D., SAMANTHA    :
MORRISON, M.D., PROSPECT    :
CCMC, INC. d/b/a CROZER-    :
CHESTER MEDICAL CENTER    :

KEVIN OKUM    :   CIVIL ACTION
    :
    v.    :   NO.  24-3310
    :
KAITLIN CIOTOLI, MICHELLE    :
CRAWFORD, CROZER KEYSTONE    :
WOMEN'S HEALTH, PROSPECT    :
HEALTH ACCESS NETWORK, INC.    :

# <u>ORDER</u>

**AND NOW**, this 12th day of March 2026, in light of defendants' attached letter request, plaintiff's attached letter response and email followup, and our March 4, 2026 order (DI 106), it is **ORDERED** we **amend** our March 4, 2026 order (DI 106) as follows in light of counsel's medical emergency:

1.    The redeposition of Dr. Mergenthal-Crawford shall be completed no later than **March 27, 2026**.[1]

MURPHY, J.

---

[1] We understand why this case's schedule, which has been protracted, is a sore subject for plaintiff's counsel. But this particular accommodation is justified.



# POST & POST LLC

## ATTORNEYS AT LAW

200 Berwyn Park, Suite 102
920 Cassatt Road
Berwyn, Pennsylvania 19312

_____

Telephone (610) 240-9180
Facsimile (610) 240-9185
www.postandpost.com

Mary Kate McGrath, Esquire
mmcgrath@postandpost.com
direct dial 484-913-3030

Our File No. 734.1112

March 12, 2026

**VIA E-MAIL AND FED-EX:**
The Honorable John F. Murphy
3809 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
murphy_chambers@paed.uscourts.gov

**RE:** ***Okum v. Samantha Morrison, M.D., et al.***
 **EDPA No. 2:23-cv-02977**

Dear Judge Murphy:

I hope this letter finds Your Honor well.

As you will recall, our firm represents Defendants, Karen Simon, M.D., Samantha Morrison, M.D., and Prospect CCMC, Inc. d/b/a Crozer-Chester Medical Center.

On March 4, 2026, an Order was issued by Your Honor compelling the re-deposition of Dr. Michelle Mergenthal-Crawford within 10 days from the date of the Order, regarding specific topics of inquiry.

We were subsequently able to schedule the deposition of Dr. Mergenthal-Crawford for tomorrow, Friday, March 13, 2026, at 10:00am.

Unfortunately, today, I was urgently admitted to Abington Jefferson Hospital's telemetry unit due to acute onset of cardiac symptoms, and underwent testing which resulted in an abnormal EKG and abnormal lab values. I have just undergone a cardiac catheterization.

I have had my office request a brief continuance of Dr. Mergenthal-Crawford's deposition scheduled for tomorrow due to my hospitalization, however, plaintiffs' counsel has refused this request.

Dr. Mergenthal-Crawford is highly emotional about having to give a deposition on the issues as outlined in the March 4, 2026 Order, and is adamant that she is not capable of participating in the re-deposition without me present.

The Honorable John F. Murphy
March 12, 2026
Page 2

I am writing to the Court to respectfully request a brief extension in which to present Dr. Mergenthal-Crawford for her re-deposition in this case due to my hospitalization.

We will also be filing the appropriate Motion for an extension of time to comply with the March 4, 2026 Order. However, we wanted to make Your Honor aware of the current situation.

Thank you for your consideration.

Respectfully submitted,

MARY KATE MCGRATH
MKM/ct

CC:     James E. Beasley, Jr., Esquire (via e-mail: jim.beasley@beasleyfirm.com)
        Andrew Marth, Esquire (via e-mail: Andrew.marth@beasleyfirm.com)



# THE BEASLEY FIRM, LLC

**ATTORNEYS AT LAW**

ANDREW M. MARTH, ESQ.
ANDREW.MARTH@BEASLEYFIRM.COM
215-931-2625

NEW JERSEY OFFICE
1949 BERLIN ROAD
SUITE 100
CHERRY HILL, NJ 08003
856.354.0755
FAX: 856.673.0060

**THE BEASLEY BUILDING**
1125 WALNUT STREET
PHILADELPHIA, PA 19107.4997
215.592.1000
888.823.5291
FAX: 215.592.8360
**WWW.BEASLEYFIRM.COM**

12 March 2026

**<u>VIA ELECTRONIC MAIL AND E-FILING</u>**
Honorable John F. Murphy
3809 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
Murphy_Chambers@paed.uscourts.gov

   RE:  **Okum v. Ciotoli, CRNP, et al. (2:24-cv-03310)**

Dear Judge Murphy:

  We represent the Plaintiff in the above-captioned matter. We write to respond to Defendants' letter which fails to correctly state the attempts between counsel to resolve this dispute.

  Contrary to Defendants' assertion, upon learning of Attorney McGrath's hospitalization, Plaintiff requested the deposition of Dr. Mergenthal move forward as scheduled with coverage from one of the other attorneys at counsel's office. Alternatively, Plaintiff requested the deposition move forward Monday to comply with this Honorable Court's order (ECF #17). A copy of the email correspondence between counsel is attached here. Counsel did not respond and instead emailed your Honor.

  Plaintiff will reserve further argument on this issue if Defendant ultimately files a Motion pursuant to this Honorable Court's policies and procedures. However, moving forward Monday, as we proposed, would allow Ms. McGrath or another attorney at her office to prepare and attend the deposition, and comply with the Court's order.

     Most Respectfully,

     **THE BEASLEY FIRM, LLC**

     */s/ Andrew M. Marth*
     **ANDREW M. MARTH, ESQUIRE**

AMM/WW
cc: James E. Beasley, Jr., Esq. (via electronic mail)
  Benjamin Post, Esq. (via electronic mail)
  Mary Kate McGrath, Esq. (via electronic mail)

**IN LOVING MEMORY: JAMES E. BEASLEY, SR. 1926-2004**

| | |
|---|---|
| **Subject:** | Re: OKUM - Dr. Crawford redeposition |
| **Date:** | Thursday, March 12, 2026 at 12:48:26 PM Eastern Daylight Time |
| **From:** | Andrew Marth |
| **To:** | Buffy Dadoly, Haley Boyle |
| **CC:** | Mary Kate McGrath, Esquire, Ben Post, Kimberly A. Delp |
| **Attachments:** | image002.jpg, image001.jpg |

I am sorry to hear about Mary Kate and I wish her the best.

However, we need to move forward with this zoom deposition tomorrow with coverage from one of the other lawyers at your firm or the deposition will need to move forward Monday. Judge Murphy ordered this deposition to occur within 10 days of his March 4 order.

Andrew

**Andrew M. Marth, Esq.**
**THE BEASLEY FIRM, LLC**
1125 Walnut Street
Philadelphia, PA 19107
215.931.2625
215.592.1523 (fax)
Andrew.Marth@beasleyfirm.com
www.beasleyfirm.com

**From:** Buffy Dadoly <bdadoly@postandpost.com>
**Date:** Thursday, March 12, 2026 at 12:35 PM
**To:** Haley Boyle <haley.boyle@beasleyfirm.com>
**Cc:** Mary Kate McGrath, Esquire <mmcgrath@postandpost.com>, Ben Post <bpost@postandpost.com>, Kimberly A. Delp <kdelp@postandpost.com>, Andrew Marth <andrew.marth@beasleyfirm.com>
**Subject:** RE: OKUM - Dr. Crawford redeposition

Counsel:

On behalf of Mary Kate McGrath, I am reaching out to inform everyone that we cannot move forward with the deposition of Dr. Crawford tomorrow, as planned. Mary Kate is quite ill and is currently in the hospital.

I am currently working on obtaining a new date for this deposition from Dr. Crawford. We will get back to you as soon as possible with an update.

Thank you,

Buffy Dadoly, Legal Assistant
(they/them)



200 Berwyn Park, Suite 102
920 Cassatt Rd.
Berwyn, PA 19312
Direct Dial: (484) 913-3050
Telephone: (610) 240-9180
Fax: (610) 240-9185

**POST & POST LLC considers the health and safety of our clients, employees, and friends of the firm as our top priority during the COVID-19 health crisis. As such, many of our attorneys and staff are working remotely. We will respond to your emails and telephone calls as promptly as possible. During this time, email is the most effective means of communication with our attorneys and staff. To the extent possible, please use email correspondence to reach out to us so that we can respond as quickly as possible. Thank you.**

Confidentiality Notice: This E-mail is from the law firm Post & Post LLC. This E-mail and any attachments may contain legally privileged or confidential information, and are intended only for the individual or entity identified above as the addressee. If you are not the addressee, or if this message has been addressed to you in error, you are not authorized to read, copy, or distribute this message and any attachments, and we ask that you please delete this message and attachments (including all copies) and notify the sender by return e-mail or by phone at 610-240-9180. Delivery of this message and any attachments to any person other than the intended recipient(s) is not intended in any way to waive confidentiality or a privilege. All personal messages express views only of the sender, which are not to be attributed to Post & Post LLC, and may not be copied or distributed without this statement.

---

**From:** Haley Boyle <haley.boyle@beasleyfirm.com>
**Sent:** Thursday, March 12, 2026 10:45 AM
**To:** Mary Kate McGrath, Esquire <mmcgrath@postandpost.com>; Andrew Marth <andrew.marth@beasleyfirm.com>
**Cc:** Ben Post <bpost@postandpost.com>; Kimberly A. Delp <kdelp@postandpost.com>
**Subject:** RE: OKUM - Dr. Crawford redeposition

Good Morning, Counsel:

Can you please confirm that the deposition of Michelle Mergenthal-Crawford, M.D. is still moving forward tomorrow March 13, 2026 at 10:00AM via Zoom?

Thank you,

Haley A. Boyle, Paralegal
**THE BEASLEY FIRM, LLC**
The Beasley Building
1125 Walnut Street
Philadelphia, PA 19107.4997
Direct Dial: (215) 931-2646

**From:** Haley Boyle
**Sent:** Thursday, March 5, 2026 10:35 AM
**To:** Mary Kate McGrath, Esquire <mmcgrath@postandpost.com>; Andrew Marth <Andrew.Marth@beasleyfirm.com>
**Cc:** Ben Post <bpost@postandpost.com>; Kimberly A. Delp <kdelp@postandpost.com>
**Subject:** RE: OKUM - Dr. Crawford redeposition

Good Morning, Counsel:

Attached please find a notice for the redeposition of Michelle Mergenthal-Crawford, M.D. for March 13, 2026 at 10:00AM by Zoom.

Thank you,

Haley A. Boyle, Paralegal
**THE BEASLEY FIRM, LLC**
The Beasley Building
1125 Walnut Street
Philadelphia, PA 19107.4997
Direct Dial: (215) 931-2646

**From:** Mary Kate McGrath, Esquire <mmcgrath@postandpost.com>
**Sent:** Thursday, March 5, 2026 7:59 AM
**To:** Andrew Marth <andrew.marth@beasleyfirm.com>
**Cc:** Ben Post <bpost@postandpost.com>; Kimberly A. Delp <kdelp@postandpost.com>; Haley Boyle <haley.boyle@beasleyfirm.com>
**Subject:** RE: OKUM - Dr. Crawford redeposition

That would be very appreciated. Zoom is fine with us. Thanks.

Mary Kate McGrath, Esquire



200 Berwyn Park, Suite 102
920 Cassatt Rd.
Berwyn, PA 19312
Direct Dial: (484) 913-3030
Telephone: (610) 240-9180
Fax: (610) 240-9185
www.postandpost.com

**POST & POST LLC considers the health and safety of our clients, employees and friends of the firm as our top priority during the COVID-19 health crisis. As such, many of our attorneys and staff are working remotely. We will respond to your emails and telephone calls as promptly as**

**possible. During this time, email is the most effective means of communication with our attorneys and staff. To the extent possible, please use email correspondence to reach out to us so that we can respond as quickly as possible. Thank you.**

**Confidentiatlity notice: This E-mail is from the law frim Post & Post LLC. This E-mail and any attachments my contain legally privileged or confidential information, and are intended only for the individual or entity identified above as the addressee. If you are not the addressee, or if this message has been addressed to you in error, you are not authorized to read, copy, or distribute this message and any attachments, and we ask that you please delete this message and attachments (including all copies) and notify the sender by return e-mail or by phone at 610-240-9180. Delivery of this message and any attachments to any person other than the intended recipient(s) is not intended in any way to waive confidentiality or a privilege. All personal message express view only of the sender, which are not to be attributed to Post & Post LLC, and may not be copied or distributed without this statement.**

**From:** Andrew Marth <andrew.marth@beasleyfirm.com>
**Sent:** Wednesday, March 4, 2026 5:35 PM
**To:** Mary Kate McGrath, Esquire <mmcgrath@postandpost.com>
**Cc:** Ben Post <bpost@postandpost.com>; Kimberly A. Delp <kdelp@postandpost.com>; Haley Boyle <haley.boyle@beasleyfirm.com>
**Subject:** Re: OKUM - Dr. Crawford redeposition

I didn't plan on having a videographer. I would also be fine doing this via zoom.

Andrew

> On Mar 4, 2026, at 5:29 PM, Mary Kate McGrath, Esquire <mmcgrath@postandpost.com> wrote:
>
>
> Hi Andrew:
>
> Would you consider not having a videographer present for Dr. Crawford's redeposition on March 13? She is very emotional about having to discuss this time in her life. She has asked us to approach you about not having this testimony filmed.
>
> Thanks for your consideration.
> MK
> (267) 474-5588 (cell)
>
> Mary Kate McGrath, Esquire



> 200 Berwyn Park, Suite 102
> 920 Cassatt Rd.
> Berwyn, PA 19312
> Direct Dial: (484) 913-3030

Telephone: (610) 240-9180
Fax: (610) 240-9185
www.postandpost.com

**POST & POST LLC considers the health and safety of our clients, employees and friends of the firm as our top priority during the COVID-19 health crisis. As such, many of our attorneys and staff are working remotely. We will respond to your emails and telephone calls as promptly as possible. During this time, email is the most effective means of communication with our attorneys and staff. To the extent possible, please use email correspondence to reach out to us so that we can respond as quickly as possible. Thank you.**

**Confidentiatlity notice: This E-mail is from the law frim Post & Post LLC. This E-mail and any attachments my contain legally privileged or confidential information, and are intended only for the individual or entity identified above as the addressee. If you are not the addressee, or if this message has been addressed to you in error, you are not authorized to read, copy, or distribute this message and any attachments, and we ask that you please delete this message and attachments (including all copies) and notify the sender by return e-mail or by phone at 610-240-9180. Delivery of this message and any attachments to any person other than the intended recipient(s) is not intended in any way to waive confidentiality or a privilege. All personal message express view only of the sender, which are not to be attributed to Post & Post LLC, and may not be copied or distributed without this statement.**

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

| From: | Andrew Marth |
|---|---|
| To: | Cassie Tipton; Murphy_Chambers |
| Cc: | Ben Post; Mary Kate McGrath, Esquire; Kimberly A. Delp; Cassie Tipton; Buffy Dadoly; Kyleigh Cowperthwaite; James Beasley Jr. |
| Subject: | Re: OKUM v. MORRISON, M.D., et al. (EDPA NO.: 2:23-cv-02977) - SCHEDULING EMERGENCY |
| Date: | Thursday, March 12, 2026 3:09:21 PM |

**CAUTION - EXTERNAL:**

Dear Judge Murphy

During my quick, initial review of Counsel's correspondence, I did not appreciate that Ms. McGrath was currently undergoing cardiac catheterization for a heart condition. Given that legitimate unforeseen circumstance, we will work cooperatively with counsel to reschedule the deposition for a time that works for a date and time amenable to all counsel's schedules.

Respectfully,

Andrew

**Andrew M. Marth, Esq.**
**THE BEASLEY FIRM, LLC**
1125 Walnut Street
Philadelphia, PA 19107
215.931.2625
215.592.1523 (fax)
Andrew.Marth@beasleyfirm.com
www.beasleyfirm.com

**From:** Andrew Marth <andrew.marth@beasleyfirm.com>

**Date:** Thursday, March 12, 2026 at 2:45 PM

**To:** Cassie Tipton <CTipton@postandpost.com>, murphy_chambers@paed.uscourts.gov <murphy_chambers@paed.uscourts.gov>

**Cc:** Ben Post <bpost@postandpost.com>, Mary Kate McGrath, Esquire <mmcgrath@postandpost.com>, Kimberly A. Delp <kdelp@postandpost.com>, Cassie Tipton <CTipton@postandpost.com>, Buffy Dadoly <bdadoly@postandpost.com>, Kyleigh Cowperthwaite <kcowperthwaite@postandpost.com>, James Beasley Jr. <jim.beasley@beasleyfirm.com>

**Subject:** Re: OKUM v. MORRISON, M.D., et al. (EDPA NO.: 2:23-cv-02977) - SCHEDULING EMERGENCY

Dear Judge Murphy - Attached please find limited responsive correspondence on this issue.

Respectfully,

Andrew

**Andrew M. Marth, Esq.**
**THE BEASLEY FIRM, LLC**
1125 Walnut Street
Philadelphia, PA 19107
215.931.2625
215.592.1523 (fax)
Andrew.Marth@beasleyfirm.com
www.beasleyfirm.com

**From:** Cassie Tipton <CTipton@postandpost.com>

**Date:** Thursday, March 12, 2026 at 2:20 PM

**To:** murphy_chambers@paed.uscourts.gov <murphy_chambers@paed.uscourts.gov>

**Cc:** Ben Post <bpost@postandpost.com>, Mary Kate McGrath, Esquire <mmcgrath@postandpost.com>, Kimberly A. Delp <kdelp@postandpost.com>, Cassie Tipton <CTipton@postandpost.com>, Buffy Dadoly <bdadoly@postandpost.com>, Kyleigh Cowperthwaite <kcowperthwaite@postandpost.com>, Andrew Marth <andrew.marth@beasleyfirm.com>, James Beasley Jr. <jim.beasley@beasleyfirm.com>

**Subject:** OKUM v. MORRISON, M.D., et al. (EDPA NO.: 2:23-cv-02977) - SCHEDULING EMERGENCY

Dear Judge Murphy:

On behalf of Mary Kate McGrath, Esquire, please find attached correspondence in the above-captioned matter with regard to the Court Ordered re-deposition of Dr. Mergenthal-Crawford.

Thank you for your consideration.

Respectfully,

Cassie Tipton, Legal Assistant



200 Berwyn Park, Suite 102
920 Cassatt Rd.
Berwyn, PA 19312
Direct Dial: (484) 913-3027
Telephone: (610) 240-9180
Fax: (610) 240-9185
www.postandpost.com

**POST & POST LLC considers the health and safety of our clients, employees and**

**friends of the firm as our top priority during the COVID-19 health crisis. As such, many of our attorneys and staff are working remotely. We will respond to your emails and telephone calls as promptly as possible. During this time, email is the most effective means of communication with our attorneys and staff. To the extent possible, please use email correspondence to reach out to us so that we can respond as quickly as possible. Thank you.**

Confidentiality Notice: This E-mail is from the law firm Post & Post LLC. This E-mail and any attachments may contain legally privileged or confidential information, and are intended only for the individual or entity identified above as the addressee. If you are not the addressee, or if this message has been addressed to you in error, you are not authorized to read, copy, or distribute this message and any attachments, and we ask that you please delete this message and attachments (including all copies) and notify the sender by return e-mail or by phone at 610-240-9180. Delivery of this message and any attachments to any person other than the intended recipient(s) is not intended in any way to waive confidentiality or a privilege. All personal messages express views only of the sender, which are not to be attributed to Post & Post LLC, and may not be copied or distributed without this statement.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.