## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN OKUM, AS PARENT AND : CIVIL ACTION
NATURAL GUARDIAN OF B.O., A :
MINOR :
:
v. : NO.   23-2977
:
KAREN SIMON, M.D., SAMANTHA :
MORRISON, M.D., PROSPECT :
CCMC, INC. d/b/a CROZER- :
CHESTER MEDICAL CENTER :

KEVIN OKUM : CIVIL ACTION
:
v. : NO.   24-3310
:
KAITLIN CIOTOLI, MICHELLE :
CRAWFORD, CROZER KEYSTONE :
WOMEN'S HEALTH, PROSPECT :
HEALTH ACCESS NETWORK, INC. :

## ORDER

**AND NOW**, this 26th day of March 2026, upon considering the defendants' motion for

an extension of time (DI 108), it is **ORDERED** the defendants' motion (DI 108) is **GRANTED**

and the redeposition of Dr. Mergenthal-Crawford shall be completed no later than **April 17,**

**2026.**[1]

_____
MURPHY, J.

---

[1] The motions deadlines in the schedule set on November 7, 2025 are still in effect and will not be moved at this time.   The discovery deadlines may be varied by mutual agreement of counsel without leave or notice to the court so long as the motions deadline remains at August 5, 2026.