**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KEVIN OKUM, AS PARENT AND NATURAL GUARDIAN OF B.O., A MINOR** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| | : | |
| **v.** | : | **NO.  23-2977** |
| | : | |
| **KAREN SIMON, M.D., SAMANTHA MORRISON, M.D., PROSPECT CCMC, INC. d/b/a CROZER-CHESTER MEDICAL CENTER** | : | |
| | : | |
| | : | |
| | : | |
| | | |
| **KEVIN OKUM** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  24-3310** |
| | : | |
| **KAITLIN CIOTOLI, MICHELLE CRAWFORD, CROZER KEYSTONE WOMEN'S HEALTH, PROSPECT HEALTH ACCESS NETWORK, INC.** | : | |
| | : | |
| | : | |
| | : | |

## <u>ORDER</u>

**AND NOW**, this 20th day of April 2026, upon considering the defendants' unopposed motion for an extension of time (DI 110), it is **ORDERED** the defendants' motion (DI 110) is **GRANTED** and the redeposition of Dr. Mergenthal-Crawford shall be completed no later than **May 29, 2026**.

_____
**MURPHY, J.**