### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEVIN OKUM, AS PARENT AND NATURAL GUARDIAN OF B.O., A MINOR** | : **CIVIL ACTION** <br> : <br> : <br> : |
| **v.** | : **NO.  23-2977** <br> : |
| **KAREN SIMON, M.D., SAMANTHA MORRISON, M.D., PROSPECT CCMC, INC. d/b/a CROZER-CHESTER MEDICAL CENTER** | : <br> : <br> : <br> : <br> : |
| **KEVIN OKUM** | : **CIVIL ACTION** <br> : |
| **v.** | : **NO.  24-3310** <br> : |
| **KAITLIN CIOTOLI, MICHELLE CRAWFORD, CROZER KEYSTONE WOMEN'S HEALTH, PROSPECT HEALTH ACCESS NETWORK, INC.** | : <br> : <br> : <br> : |

## ORDER

**AND NOW**, this 26th day of May 2026, upon considering the parties' joint request for referral to a Magistrate Judge for a settlement conference (DI 114), it is **ORDERED** the parties' joint request (DI 114) is **GRANTED**.[1]  This matter is **referred** to Magistrate Judge Carol Sandra Moore Wells for all settlement purposes. Counsel shall participate in a settlement conference before Magistrate Judge Carol Sandra Moore Wells. The parties shall contact Magistrate Judge Wells's Chambers to schedule the settlement conference for a time that Magistrate Judge Wells deems appropriate.

_____
**MURPHY, J.**

---

[1] The parties are free to agree with each other to modify the existing discovery deadlines without leave of court.  However, the August 5, 2026, deadline for dispositive motions will not change.