IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN OKUM                                  :          CIVIL ACTION
                                            :
                                            :
                                            :
        v.                                  :
                                            :
KAITLIN CIOTOLI, et al                      :          NO. 24-cv-3310

## MOTION AND ORDER

AND NOW, this 12th day of June 2026, the Court having received a letter request from

all parties to request for a conference, it is ORDERED that the request is treated as a motion, and

upon consideration the motion is GRANTED.

                                BY THE COURT:


                                 _/s/ Carol Sandra Moore Wells_____
                                CAROL SANDRA MOORE WELLS
                                UNITED STATES MAGISTRATE JUDGE