IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN OKUM : CIVIL ACTION
:
:
:
v. :
:
KAITLIN CIOTOLI, et al : NO. 24-cv-3310

## **ORDER**

AND NOW this 12th day of June 2026, it is hereby **ORDERED** that a settlement conference in the above-captioned matter has been scheduled for **July 16, 2026 at 10:00 a.m.** All parties necessary to settle the case or delegate(s) with full authority must participate in this conference, unless excused by this court in advance.

Instructions for video\telephonic conferencing will follow.

BY THE COURT:

_/s/ Carol Sandra Moore Wells_____
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE