**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KEVIN OKUM, AS PARENT AND NATURAL GUARDIAN OF B.O., A MINOR** | : | **CIVIL ACTION** |
| **v.** | : | **NO. 23-2977** |
| **KAREN SIMON, M.D., SAMANTHA MORRISON, M.D., PROSPECT CCMC, INC. d/b/a CROZER-CHESTER MEDICAL CENTER** | : | |
| **KEVIN OKUM** | : | **CIVIL ACTION** |
| **v.** | : | **NO. 24-3310** |
| **KAITLIN CIOTOLI, MICHELLE CRAWFORD, CROZER KEYSTONE WOMEN'S HEALTH, PROSPECT HEALTH ACCESS NETWORK, INC.** | : | |

# ORDER

**AND NOW**, this 25th day of August 2026, upon considering the parties' attached letter, it is **ORDERED** the parties shall file a proposed settlement for approval or a status report no later than **September 18, 2026**.[1]

**MURPHY, J.**

[1] We assume that approval will be necessary because B.O. is a minor, but if that is not correct, a stipulated dismissal is sufficient.

# THE BEASLEY FIRM, LLC

**ATTORNEYS AT LAW**

ANDREW M. MARTH, ESQUIRE
ANDREW.MARTH@BEASLEYFIRM.COM
215.931.2625

NEW JERSEY OFFICE
SUITE 100
1949 BERLIN ROAD
CHERRY HILL, NJ 08003
856.354.0755
FAX: 856.673.0060

THE BEASLEY BUILDING
1125 WALNUT STREET
PHILADELPHIA, PA 19107.4997
215.592.1000
888.823.5291
FAX: 215.592.8360
WWW.BEASLEYFIRM.COM

21 August 2026

***VIA ELECTRONIC DELIVERY***
Honorable Carol Sandra Moore Wells
3809 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
Chambers_of_Magistrate_Judge_Carol_Sandra_Moore_Wells@paed.uscourts.gov

**Re: Okum v. Ciotoli, et al.**

Dear Judge Wells:

We represent the Plaintiff in the above-captioned matters. We write to let Your Honor know that the parties were able to come to an agreement and resolve all of these claims.

We greatly appreciate Your Honor's continued assistance and attention to these matters.

Most Respectfully,

**THE BEASLEY FIRM, LLC**

*/s/ Andrew M. Marth*
**ANDREW M. MARTH, ESQUIRE**

AMM/nb
cc: James E. Beasley, Jr., Esq. (via electronic mail)
Benjamin Post, Esq. (via electronic mail)
Susan J. Russell, Esq. (via electronic mail)